INTER-CITY APARTMENT HOUSE COMPANY, INC., Respondent, *v.* ROBERT M. KERN, Defendant, Impleaded with W. HOLDING CORPORATION, 251–257 WEST 42ND STREET REALTY CORPORATION and Others, Appellants.

Supreme Court, Appellate Term, First Department, November 13, 1925.

Depositions — examination before trial — order for examination before trial not allowed in summary proceedings to dispossess.

An order for examination before trial in summary proceedings to recover possession of realty cannot be had.

APPEAL by undertenants from an order of the Municipal Court, Borough of Manhattan, Third District, denying motion to vacate an order for its examination before trial in a summary proceeding to recover possession of realty.

*Dean, King & Smith* [*George M. Welch* of counsel], for the appellants.

*Hays, Hershfield & Wolk* [*Henry Abelson* and *Harold P. Deligson* of counsel], for the respondent.

PER CURIAM:

Examinations before trial are not allowable in summary proceedings. (*Dubowsky* v. *Goldsmith*, 202 App. Div. 818.)

Order reversed, with ten dollars costs, and motion denied.

Present: GUY, BIJUR and MULLAN, JJ.